UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ECETRA N. AMES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-7058** |
| **JOHN B. OHLE, III, ET AL.** | **SECTION "C" (3)** |

### REPORT AND RECOMMENDATION

Before the Court is plaintiffs' Motion for Extension of Time to File Amended Complaint [Doc. #52]. The District Court referred the motion to the undersigned on May 21, 2010 [Doc. #55]. This Court granted plaintiff's Motion for Expedited Hearing on Motion for Extension of Time to File Amended Complaint and set plaintiffs' Motion for Extension of Time to File Amended Complaint for oral argument on Wednesday, May 26, 2010. The Court also ordered any opposition to be filed no later than Tuesday, May 25, 2010 at 12:00 p.m. No party has filed an opposition to the motion. In addition, the Court finds that the motion has merit given the ongoing criminal trial of defendant John B. Ohle, III in the Southern District of New York. Accordingly,

**IT IS RECOMMENDED** that plaintiffs' Motion for Extension of Time to File Amended Complaint [Doc. #52] be GRANTED.

**IT IS FURTHER ORDERED** that the oral hearing previously scheduled on May 26, 2010 is CANCELLED.

### NOTICE OF RIGHT TO OBJECT

Objections must be: (1) specific, (2) in writing, and (3) served within fourteen (14) days after being served with a copy of this report. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 1(a), 6(b) and 72(b). A party's failure to object bars that party from: (1) entitlement to *de novo* review by a district judge; and (2) appellate review of the un-objected-to factual findings and legal conclusions accepted by the district court, except upon grounds of plain error. *Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana this 25th day of May, 2010.

                                                  **DANIEL E. KNOWLES, III**
                                                  **UNITED STATES MAGISTRATE JUDGE**