# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ECETRA N. AMES | CIVIL ACTION |
| VERSUS | NO. 09-7058 |
| JOHN B. OHLE, III, ET AL. | SECTION "C" (3) |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiffs' Motion for Extension of Time to File Amended Complaint [Doc. #52] is GRANTED.

New Orleans, Louisiana, this 24 day June, 2010.

_____
UNITED STATES DISTRICT JUDGE